UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL ACTION

VERSUS                            NO. 00-330

BRIAN CAGE                        SECTION "T"

## ORDER OF RECUSAL

The undersigned, being cognizant of Title 28 Section 455(a) hereby recuses himself from CRIMINAL ACTION NO. 00-330 ' T'.

Accordingly,

**IT IS ORDERED** that the Honorable G. Thomas Porteous, Jr. be **RECUSED** and CRIMINAL ACTION NO. 00-330 ' T' be **REALLOTED**.

New Orleans, Louisiana, this 13TH day of February, 2008.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

FEB 15 2008

REALLOTTED TO

SECT. F

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____