# (GED) Official Transcript of GED Tests Results

Issued by:
OFFICIAL GED TESTING CENTERS
of the
General Educational Development Testing Service of the American Council on Education

*(For additional transcripts, contact the center below.)*

Candidate's Name: CAGE, TEST, BRIAN
Last: CAGE    First: BRIAN    Middle/Initial:

Address: 2225 Haley Barbour Parkway
Yazoo City, MS 39194

Phone Number:
Date of Birth: 07/19/1958
Date of Test: 07/05/2006    Reported to: Mississippi
Social Security Number (if required): 438295327

Examiner's Signature: _____    Date: 07/13/2006.

Center Name: FCC Yazoo City-Medium
Center Identification No.: 900271318
Phone Number:
Center Address:
2225 Haley Barbour Parkway
Yazoo City, MS 39194

| TEST | TEST DATE | TEST FORM | **STANDARD SCORE | PERCENTILE RANK | INDIVIDUAL TEST STANDARD SCORE |
|---|---|---|---|---|---|
| Language Arts, Reading | 03/29/2006 | TK | 490 | 54 | |
| Language Arts, Writing | 03/28/2006 | TK | 440 | 27 | |
| Mathematics | 03/29/2006 | ID | 450 | 21 | |
| Science | 03/29/2006 | TK | 460 | 46 | |
| Social Studies | 03/29/2006 | TK | 500 | 50 | |
| Standard Score Total | | | 2340 | | |
| Battery Average | | | 468 | X PASS / NON-PASS | |

200 Below    410 PASSING SCORE    460 BATTERY PASSING SCORE    800 Above

## TOTAL BATTERY

Your standard score total and battery average meet or exceed the GED passing score requirement. You have demonstrated widely distributed skills and knowledge usually associated with high school completion. These skills and knowledge include the ability to understand and apply information, to evaluate, analyze, and draw conclusions, and to express ideas and opinions in writing.

## Language Arts, Reading

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: using the elements of standard English to understand and interpret nonfiction and literary text.

## Language Arts, Writing

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: using the elements of standard English to understand and interpret documents and to act workplace and instructional documents, and to generate well-organized text developed in writing tasks.

## Science

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying concepts of life, earth and space sciences, physics and chemistry to visual and written text from academic and workplace contexts.

## Social Studies

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying history, geography, economics, and civics concepts and principles to visual and written text from academic and workplace contexts.

## Mathematics

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding and interpreting measurement and geometry, data analysis, statistics, and probability, and number operations applied to visual and written text from academic and workplace contexts.

GEDTS Form 30-1001

```
  YAM1G         *          INMATE EDUCATION DATA        *      01-23-2008
PAGE 001        *              TRANSCRIPT               *      15:13:30
PEED
REGISTER NO: 27285-034      NAME..: CAGE                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: YAM-YAZOO CITY MED FCI
```

```
-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
YAM  ESL HAS   ENGLISH PROFICIENT        08-07-2001 0833 CURRENT
YAM  GED EARNED GED EARNED IN BOP        07-13-2006 0953 CURRENT
```

```
-------------------------- EDUCATION COURSES --------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
YAM        CALISTHENICS                 07-29-2007 09-09-2007  P   C  P    6
YAM        RUNNING                      10-01-2006 02-28-2007  P   C  P    8
YAM        CALISTHENICS                 12-04-2006 01-29-2007  P   C  P   12
YAM        GED 1,M-F,730-930            05-02-2006 07-13-2006  P   C  P 1429
YAM        GED TEST-AWAITING GED SCORES 06-29-2006 07-13-2006  C   W  I    0
YAM        GED 1,M-F,730-930            05-02-2006 06-29-2006  C   W  I    0
YAM        GED TEST-AWAITING GED SCORES 03-24-2006 05-02-2006  C   W  I    0
YAM        GED 1,M-F,730-930            12-19-2005 03-24-2006  C   W  I    0
YAM        PRE-GED 2M-MATH-M-F,930-1130 08-10-2005 12-19-2005  C   C  P    0
YAM        RPP1 INFECTIOUS DISEASE AWARE 07-15-2005 07-15-2005  P   C  P    1
BMM        GED E 0800-0930 M-F          01-19-2005 06-29-2005  P   W  I 1196
BMM        SOFTBALL CLINICS;SAT 7:30A   04-18-2005 05-09-2005  P   C  P   12
BMM        ACE GEOMETRY                 01-11-2005 03-03-2005  P   C  P   16
BMM        MATH MADE SIMPLE             01-13-2005 03-03-2005  P   C  P   16
BMM        BASKTBALL CLINIC             02-16-2005 03-09-2005  P   C  P   12
BMM        GED D 1230-1430 M-F          12-27-2004 01-19-2005  C   W  I    0
BMM        GED D 1400-1545, M-F         08-06-2004 12-27-2004  C   W  I    0
BMM        GEDA,1400-1545, M-F          03-09-2004 08-06-2004  C   W  I    0
BMM        GED D 1400-1545, M-F         01-14-2003 03-09-2004  C   W  I    0
BMM        BASKTBALL CLINIC;SAT 7:30A   02-10-2004 03-03-2004  P   C  P   12
BMM        FOOTBALL CLINICS;SAT 7:30A   09-09-2003 10-24-2003  P   C  P   12
BMM        GED D 1200-1400, M-F         09-04-2001 01-14-2003  C   W  I    0
BMM        ACE BUSINESS CLASS           07-29-2002 09-16-2002  P   C  P   16
BMM        DEBT MANAGEMENT              07-29-2002 09-17-2002  P   C  P   16
BMM        ANALYSIS & RESEARCH          05-13-2002 07-09-2002  P   C  P   16
```

```
-------------------------- HIGH TEST SCORES --------------------------
TEST     SUBTEST        SCORE     TEST DATE     TEST FACL    FORM      STATE
ABLE     LANGUAGE        7.5      06-13-2002    BMM          E
         NUMBER OPR     13.0      07-19-2005    YAM          E
         PROB SOLV      13.0      07-19-2005    YAM          E
         READ COMP      13.0      07-19-2005    YAM          E
         SPELLING        5.4      10-11-2001    BMM          E
         VOCABULARY      8.6      10-11-2001    BMM          E
GED      AVERAGE       462.0      07-13-2006    YAM          PASS      MS
         LIT/ARTS      460.0      03-29-2006    YAM          IK        MS
         MATH          420.0      07-13-2006    YAM          ID        MS
         SCIENCE       490.0      03-29-2006    YAM          IK        MS
         SOC STUDY     500.0      03-29-2006    YAM          IK        MS
         WRITING       440.0      03-29-2006    YAM          IK        MS
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   YAM1G          *          INMATE EDUCATION DATA          *     01-23-2008
PAGE 002 OF 002 *               TRANSCRIPT                  *     15:13:30
PEED
REGISTER NO: 27285-034   NAME..: CAGE                         FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: YAM-YAZOO CITY MED FCI

----------------------------- HIGH TEST SCORES -----------------------------
TEST        SUBTEST       SCORE      TEST DATE       TEST FACL    FORM     STATE
GED PRAC    LIT/ARTS      630.0      03-22-2006      YAM          PE
            MATH          480.0      03-22-2006      YAM          PE
            SCIENCE       510.0      03-22-2006      YAM          PE
            SOC STUDY     550.0      03-22-2006      YAM          PE
            WRITING       550.0      03-22-2006      YAM          PE




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```