LAED 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 00cr330 |
| Brian Cage ) | USM No: |
| ) | |
| Date of Previous Judgment: 07/11/2001 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 160 months **is reduced to** 150 months .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 29 | Amended Offense Level: 27 |
| Criminal History Category: V | Criminal History Category: V |
| Previous Guideline Range: 140 to 175 months | Amended Guideline Range: 120 to 150 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☑ Other (explain):

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 07/11/2001 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/30/2008

_Martin L. C. Feldman_
Judge's signature

Effective Date: 05/12/2008
(if different from order date)

Martin L.C. Feldman, U.S. District Judge
Printed name and title